# MEMO ENDORSED

**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

November 8, 2019

*By ECF*

Honorable Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

**Re:** *United States v. Enrique Felix*
19 CR 260 (ER)

---

> The trial scheduled to begin on January 27, 2020 is adjourned to February 3, 2020 at 9:00 a.m. The final pretrial conference scheduled for January 23, 2020 is now scheduled for January 30, 2020 at 2:30 p.m. Voir dire questions, verdict sheets, jury charges, and motions in limine are due December 27, 2019. Responses thereto are due January 17, 2020. Speedy trial time is excluded from today, November 12, 2019, until February 3, 2020, in the interest of justice.
>
> /s/ Edgardo Ramos
> Edgardo Ramos, U.S.D.J
> Dated: Nov. 12, 2019
> New York, New York

Dear Judge Ramos:

    I write on consent (Assistant United States Attorney Ryan Finkel) to respectfully request that the Court adjourn the trial currently scheduled to begin January 27, 2020. The reason for the request is that a personal matter has arisen that may require me to be out of the district the week preceding the scheduled trial date. This would prevent me from being able adequately prepare adequately for the trial. Mr. Felix is currently serving a sentence on an unrelated matter, so a slight delay in the trial date would not prejudice him.

    The government consents to an adjournment and has reached out to their witnesses to ascertain their availability for any future dates. Subject to the Court's schedule, the parties and the witnesses are available on the following dates:

The week of February 3
The week of February 10
The week of February 17
The week of March 2
The week of March 9
The week of March 23, starting Wednesday March 25
The week of March 30.

    Thank you for your consideration of this request.

Very Truly Yours,

/s/
Jennifer Willis
Assistant Federal Defender
(212) 417-8743

CC.: Ryan Finkel (via email)