**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
and Attorney-in-Chief

Southern District of New York
*Jennifer L. Brown*
Attorney-in-Charge

**MEMO ENDORSED**

March 18, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: __3/18/2020__

Hon. Edgardo Ramos
United States District Judge
United States Courthouse
40 Foley Square
New York, New York 10007

Sentencing is adjourned to June 24, 2020, at 10:00 AM.
SO ORDERED.

Edgardo Ramos, U.S.D.J
Dated: __3/18/20202__
New York, New York

Re:  United States v. Enrique Felix
     19 Cr 260 (ER)

Dear Judge Ramos,

    I write with the consent of the government (AUSA Ryan Finkel) to request an adjournment of the sentencing hearing currently scheduled for April 2, 2020. The request is made based on the current global health crisis caused by the novel coronavirus. First, defense counsel is in a high risk category per the CDC for Covid-19 and as a result would be unable to be present for the sentencing on April 2. Second, Mr. Felix's step-mother had planned to attend the sentencing hearing but is currently unable to travel from South Carolina due to concerns about the disease. Lastly, Mr. Felix continues to serve the remainder of an unrelated sentence, so a delay in sentencing would not prejudice him. I request that the sentencing be adjourned until sometime in June. This is the first request for an adjournment of sentencing.

    Thank you for your consideration of this request.

Respectfully submitted,
/s/
Jennifer E. Willis
Assistant Federal Defender
(212) 417-8743

Cc:  AUSA Ryan Finkel