# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
and Attorney-in-Chief

Southern District
Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

**MEMO ENDORSED**

June 9, 2020

Hon. Edgardo Ramos
United States District Judge
United States Courthouse
40 Foley Square
New York, New York 10007

> Sentencing is adjourned to August 5, 2020, at 10:00 AM.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: 6/16/2020
> New York, New York

Re:     United States v. Enrique Felix
        19 Cr 260 (ER)

Dear Judge Ramos,

    I write with the consent of the government (AUSA Ryan Finkel) to request an adjournment of the sentencing hearing currently scheduled for June 24, 2020. The request is made for two reasons. First, defense counsel has just learned of a personal conflict on the 24th. But secondly, due to the current global pandemic caused by COVID-19, Court proceedings are still being held remotely. Because Mr. Felix is still serving the remainder of a sentence on an unrelated case, I do not believe he meets the requirements of the CARES Act in order to be able to proceed with a remote sentencing. This is the seconf request for an adjournment of sentencing.

    Thank you for your consideration of this request.

Respectfully submitted,
/s/
Jennifer E. Willis
Assistant Federal Defender
(212) 417-8743

Cc:     AUSA Ryan Finkel